**Order entered January 8, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01750-CV

## IN RE FREDERICK D. TODD, II, M.D., AND FREDERICK D. TODD, II, M.D., P.A. D/B/A ARLINGTON NEUROLOGICAL & SPINE ASSOCIATES, Relators

**Original Proceeding from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-08-16167-F**

## ORDER

The Court has before it Real Party in Interest's Unopposed Motion for Extension of Time to File Response Brief. The Court **GRANTS** the motion to extend time to file a response to the petition for writ of mandamus. The Court **ORDERS** Real Party in Interest and Respondent to file any responses by February 12, 2014.


/s/      JIM MOSELEY
         JUSTICE